# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| GELUE GAMEZ | § § § § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 1:22-cv-00468 |
| | § | |
| BRANDSAFWAY, LLC | § | JURY TRIAL DEMANDED |
| | § § | |
| *Defendant.* | § § | |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, hereby agrees and stipulates, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this entire action and all claims in Plaintiff's Complaint against Defendant are hereby dismissed with prejudice as to future action, with each party to bear her or its own respective costs, expenses, and attorneys' fees.

Respectfully submitted,

/s/ *Mauro Ramirez*

_____
MAURO RAMIREZ
TX State Bar No. 24060460
RAMIREZ LAW, PLLC
1980 Post Oak Blvd.
Suite 100
Houston, TX 77056
P: (713) 955-3480
F: (281) 768-3610
E: mauro@ramirezpllc.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of September 2023 a copy of the foregoing *Stipulated Notice of Dismissal* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF system.

/s/ *Mauro Ramirez*

_____
MAURO RAMIREZ