IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GELUE GAMEZ § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-00468 |
| § | JUDGE MICHAEL J. TRUNCALE |
| BRANDSAFWAY, LLC § | |
| § | |
| *Defendant.* § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Stipulated Notice of Dismissal with Prejudice. [Dkt. 16]. Plaintiff is seeking a dismissal with prejudice as to her claims against Defendant in this matter pursuant to Federal Rule of Civil Procedure 41.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 2nd day of October, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge